IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PUEBLO OF POJOAQUE, a federally recognized
Indian Tribe; and JOSEPH M. TALACHY, Governor
of the Pueblo of Pojoaque,

    Plaintiffs,

vs.        No. CIV 15-0625 JB/GBW

STATE OF NEW MEXICO, SUSANA
MARTINEZ, JEREMIAH RITCHIE, JEFFERY
S. LANDERS, SALVATORE MANIACI,
PAULETTE BECKER, ROBERT M. DOUGHTY
III, CARL E. LONDENE and JOHN DOES I-V,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order, filed September 30, 2016 (Doc. 117)("MOO"). In the MOO, the Court dismissed Defendant State of New Mexico with prejudice, and all other Defendants and charges with prejudice. The Court, having no other party or claim before it, has entered final judgment.

**IT IS ORDERED** that: (i) final judgment is entered; and (ii) the case is hereby dismissed. The claims against Defendant State of New Mexico are dismissed without prejudice, and the claims against all other Defendants are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

*Counsel*:

Carrie A. Frias
Pueblo of Pojoaque Legal Department
Santa Fe, New Mexico

--and--

Scott Crowell
Steffani Ann Cochran
Crowell Law Office Tribal Advocacy Group, P.L.L.C.
Sedona, Arizona

    *Attorneys for the Plaintiffs*

Henry M. Bohnhoff
Edward Ricco
Krystle A. Thomas
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendants*