# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| PUEBLO OF POJOAQUE, a federally recognized Indian Tribe; JOSEPH M. TALACHY, Governor of the Pueblo of Pojoaque;<br><br>        Plaintiffs,<br><br>v.<br><br>STATE OF NEW MEXICO, SUSANA MARTINEZ, JEREMIAH RITCHIE, JEFFREY S. LANDERS, SALVATORE MANIACI, PAULETTE BECKER, ROBERT M. DOUGHTY III, CARL E. LONDENE and JOHN DOES I –V,<br><br>        Defendants. | Case No. 1:15-cv-00625 JOB/GBW |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Pueblo of Pojoaque and Joseph M. Talachy, by and through its counsel of record, CROWELL LAW OFFICE-TRIBAL ADVOCACY GROUP, Scott D. Crowell, and PUEBLO OF POJOAQUE LEGAL DEPARTMENT, Carrie A. Frias, hereby appeal to the United States Court of Appeals for the Tenth Circuit, MEMORANDUM OPINION AND ORDER ("Order") (Dkt. 118) and FINAL JUDGMENT (Dkt. 119) entered in this case on September 30, 2016.

The parties to the Order and Final Judgment appealed from, and the names and addresses of their respective attorneys are as follows:

A.  **Paulette Becker, Robert M. Doughty III, Jeffrey S. Landers, Carl E. Londene, Salvatore Maniaci, Susana Martinez, State of New Mexico- Defendants:**

   Henry M. Bohnhoff
   Edward Ricco
   Krystle A. Thomas
   RODEY DICKASON SLOAN AKIN & ROBB, P.A.
   P.O. Box 1888
   201 Third Street NW, Suite 2200
   Albuquerque, NM 87103
   Telephone: 505-765-9500
   Fax:          505-768-7395
   Emails: hbohnhoff@rodey.com
              ericco@rodey.com
              kthomas@rodey.com

   *Attorneys for the Defendants*

B.  **The Pueblo of Pojoaque, a Federally Recognized Indian Tribe and Joseph M. Talachy, Governor of the Pueblo of Pojoaque-Plaintiffs:**

   Carrie A. Frias
   PUEBLO OF POJOAQUE
   Pueblo of Pojoaque Legal Department
   58 Cities of Gold Road, Ste. 5
   Santa Fe, NM 87506
   Telephone: (505) 455-2271
   Email: cfrias@pojoaque.org

   Scott Crowell
   CROWELL LAW OFFICE - TRIBAL ADVOCACY GROUP
   Arizona State Bar No. 009654**
   1487 W. State Route 89A, Ste. 8
   Sedona, AZ 86336
   Phone: (425) 802-5369
   Fax: (509) 235-5017
   scottcrowell@hotmail.com

   *Attorneys for the Plaintiffs*

Dated: October 3, 2016	Respectfully submitted,

CARRIE A. FRIAS
PUEBLO OF POJOAQUE
Pueblo of Pojoaque Legal Department
58 Cities of Gold Road, Ste. 5
Santa Fe, NM 87506
Telephone: (505) 455-2271
Email: cfrias@pojoaque.org

*/s/ Scott Crowell*
SCOTT CROWELL
Crowell Law Office-Tribal
Advocacy Group
1487 W. State Route 89A, Ste. 8
Sedona, AZ 86336
Telephone: (425) 802-5369
Fax: (509) 290-6953
Email: scottcrowell@hotmail.com

**CERTIFICATE OF SERVICE**

I, Scott Crowell, hereby certify that on October 3, 2016, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

*s/ Scott Crowell*
Scott Crowell, AZ Bar No. 009654**